# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| SUSAN SHANK, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>WAVIN ENTERPRISES, INC., A )<br>Georgia Profit Corporation; and HARRY )<br>WAKEHAM, an individual, )<br>)<br>        Defendant. | Case No. 1:10-CV-1328MHS |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Susan Shank and Defendants Wavin Enterprises, Inc., and Harry Wakeham, by their attorneys and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate to dismissal of the above-styled action WITH PREJUDICE, with each party to pay their own fees and costs.

Pursuant to Local Rule 7.1(D), undersigned counsel for the parties certify that this memorandum has been prepared in Times New Roman 14 point, one of the fonts approved in Local Rule 5.1(B).

Case 1:10-cv-01328-MHS   Document 10   Filed 12/05/10   Page 2 of 2

2

Respectfully submitted, this 5th day of December, 2010.

| GEORGE CALIN | UNITED CONSULTING GROUP, LTD. |
|---|---|
| By /s/ Thomas F. Martin<br>   Thomas F. Martin<br>   Ga. Bar No. 482595<br>   Kimberly N. Martin<br>   Ga. Bar No. 473410<br>   Martin & Martin, LLP<br>   P.O. Box 1070<br>   Tucker, GA  30085<br>   (770) 344-7267<br>   (770) 837-2678 facsimile<br>   tfmartin@martinandmartinlaw.com<br>   kmartin@martinandmartinlaw.com<br><br>   Counsel for Plaintiff<br>Date: December 5, 2010 | By /s/ Michael S. Goode<br>   Michael S. Goode<br>   Robert Lamb<br>   Perrotta, Cahn & Prieto, P.C.<br>   5 S Public Sq<br>   Cartersville GA 30120<br>   770-382-8900<br>   Fax 770-386-1170<br><br>   Counsel for Defendants |